437 A.2d 1021

In the interest of Robert Beamer, a minor.

Appeal of Robert Beamer, a minor.

Argued March 10, 1981.

Stuart Wilder, Assistant Public Defender, for appellant; C. Theodore Fritch, Jr., Assistant District Attorney, for Commonwealth, participating party.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.